**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:16-BK-30226-TLD |
| | § | |
| BAIYSH TALAS | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/22/2016. The undersigned trustee was appointed on 09/22/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $95,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $31,663.50 |
    | Bank service fees | $149.37 |
    | Other Payments to creditors | $217.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $25,000.00 |
    | Other payments to the debtor | $0.00 |
    | | |
    | Leaving a balance on hand of[1] | $37,970.13 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/06/2017 and the deadline for filing government claims was 03/21/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,750.00, for a total compensation of $6,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $405.97, for total expenses of $405.97.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/27/2018          By:   /s/ Deborah K. Ebner
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No.: | 16-30226-DLT | |
| Case Name: | BAIYSH TALAS | |
| For the Period Ending: | 3/27/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Deborah K. Ebner | |
| Date Filed (f) or Converted (c): | 09/22/2016 (f) | |
| §341(a) Meeting Date: | 10/20/2016 | |
| Claims Bar Date: | 03/06/2017 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Miscellaneous used household goods | $1,250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 2  Miscellaneous electronics | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 3  Miscellaneous books, tapes, CD's, etc. | $125.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 4  Personal used clothing | $525.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 5  Miscellaneous costume jewelry | $25.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 6  Cash | $125.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 7  Deposits of money: Checking account with Chase | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 8  401 (k): 401 (k) through employer -100% exempt | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 9  Rental deposit: Talisman Apartments | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 10 Expected Tax Refund: Federal | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 11 Debtor v. Flatley, et al. Personal Injury Case Attorney: Burke, Wise, Morrissey 161 N Clark St., Suite 3250 Chicago, IL 60601 P: 312-580-2040 | $0.00 | $70,000.00 | | $85,000.00 | FA |
| 12 Debtor v. Flashcab Insurance Workers Compensation Attorney: Strom & Associates Attn: Joseph Malfi 180 N LaSalle St #2510, Chicago, IL 60601 P: (312) 609-0400 | $0.00 | $0.00 | | $10,000.00 | FA |
| **Asset Notes:** Debtor amended schedules after settlement of litigation. He claimed 100% of proceeds exempt per Worker's Compensation Statute. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| | |
|---|---|
| **Case No.:** | 16-30226-DLT |
| **Case Name:** | BAIYSH TALAS |
| **For the Period Ending:** | 3/27/2018 |

| | |
|---|---|
| **Trustee Name:** | Deborah K. Ebner |
| **Date Filed (f) or Converted (c):** | 09/22/2016 (f) |
| **§341(a) Meeting Date:** | 10/20/2016 |
| **Claims Bar Date:** | 03/06/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | $5,350.00 | $70,000.00 | | $95,000.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

6/1/2017 --- My attorneys have received settlement proposal and are working on settlement motion that includes lien releases for presentation in BK. Court.

01/03/2017 --- Special Counsel retained. for State Court suit.

10/20/16 W/C & PI suit; PI suit atty Burke Wise Morrissey

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2019 | **Current Projected Date Of Final Report (TFR):** | 12/31/2019 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1                    Exhibit B

| Case No. | 16-30226-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | BAIYSH TALAS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4151 | Checking Acct #: | ******2601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/22/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/27/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/10/2017 | (12) | State Farm Mutual Automobile Insurance | Settlement of Estate's claims against Caitlin & Patrick Colleran & Flashcab (See docket #30) EOD 8/3/17 : WC debtor claimed exempt on 9/27/17 | 1142-000 | $10,000.00 | | $10,000.00 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $9.36 | $9,990.64 |
| 12/01/2017 | (11) | State Farm Mutual Insurance | Settlement of Estate's claims against Christine Flatly per Order EOD 8/3/17 | 1129-000 | $85,000.00 | | $94,990.64 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $140.01 | $94,850.63 |
| 01/10/2018 | 3001 | Brian T. Monico & Burke Wise Morrisey & Kaveny | Payment of award of final compensation to special counsel per order dated August 3, 2017 and eod 8/3/17 docket # 30 | 3210-600 | | $31,663.50 | $63,187.13 |
| 01/10/2018 | 3002 | Northwestern Center for Orthopedics | Per Order entered 8/3/17 | 4210-000 | | $488.00 | $62,699.13 |
| 01/10/2018 | 3003 | Northwestern Medical Faculty Foundation, Inc. | Per Order dated 8/3/17 | 4210-000 | | $1,712.00 | $60,987.13 |
| 01/10/2018 | 3004 | Northwestern Memorial Hospital | Per Order dated 8/3/17 | 4210-000 | | $10,152.85 | $50,834.28 |
| 02/09/2018 | 3005 | Baiysh Talas | personal injury exemption | 8100-002 | | $15,000.00 | $35,834.28 |
| 02/09/2018 | 3006 | Baiysh Talas | W/C exemption | 8100-002 | | $10,000.00 | $25,834.28 |
| 02/22/2018 | 3002 | STOP PAYMENT: Northwestern Center for Orthopedics | Per Order entered 8/3/17. | 4210-004 | | ($488.00) | $26,322.28 |
| 02/22/2018 | 3003 | STOP PAYMENT: Northwestern Medical Faculty Foundation, Inc. | Per Order dated 8/3/17 | 4210-004 | | ($1,712.00) | $28,034.28 |
| 02/22/2018 | 3004 | STOP PAYMENT: Northwestern Memorial Hospital | Per Order dated 8/3/17 | 4210-004 | | ($10,152.85) | $38,187.13 |
| 02/22/2018 | 3007 | Northwestern Center for Orthopedics | Per Order entered 8/3/17. | 4210-000 | | $488.00 | $37,699.13 |
| 02/22/2018 | 3007 | STOP PAYMENT: Northwestern Center for Orthopedics | Stop Payment for Check# 3007 | 4210-004 | | ($488.00) | $38,187.13 |
| 02/22/2018 | 3008 | Northwestern Medical Faculty Foundation, Inc. | Per Order dated 8/3/17 | 4210-000 | | $1,712.00 | $36,475.13 |
| 02/22/2018 | 3008 | STOP PAYMENT: Northwestern Medical Faculty Foundation, Inc. | Stop Payment for Check# 3008 | 4210-004 | | ($1,712.00) | $38,187.13 |
| 02/22/2018 | 3009 | Northwestern Memorial Hospital | Issued in error - claim denied . | 4210-003 | | $10,152.85 | $28,034.28 |
| | | | **SUBTOTALS** | | **$95,000.00** | **$66,965.72** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2    Exhibit B

| Case No. | 16-30226-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | BAIYSH TALAS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4151 | Checking Acct #: | ******2601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/22/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/27/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2018 | 3009 | STOP PAYMENT: Northwestern Memorial Hospital | Stop Payment for Check# 3009 | 4210-004 | | ($10,152.85) | $38,187.13 |
| 02/22/2018 | 3010 | Northwestern Center for Orthopedics | per 8/3/17 order | 4210-000 | | $488.00 | $37,699.13 |
| 02/22/2018 | 3011 | Northwestern Medical Faculty Foundation, Inc. | Per 8/3/17 order | 4210-000 | | $1,712.00 | $35,987.13 |
| 02/22/2018 | 3012 | Northwestern Memorial Hospital | Issued in error | 4210-003 | | $10,152.85 | $25,834.28 |
| 02/23/2018 | 3012 | VOID: Northwestern Memorial Hospital | check was stopped : claim was denied : check issued in error | 4210-003 | | ($10,152.85) | $35,987.13 |
| 02/23/2018 | 3013 | Illinois Department of Healthcare and Family Services | Per Court Order of August 3, 2017 | 4800-070 | | $217.00 | $35,770.13 |
| 03/22/2018 | 3010 | VOID: Northwestern Center for Orthopedics | Federal Express returned the envelope containing the check could not get delivery. | 4210-003 | | ($488.00) | $36,258.13 |
| 03/22/2018 | 3011 | STOP PAYMENT: Northwestern Medical Faculty Foundation, Inc. | Per 8/3/17 order. Message left that check is being stopped due to delay in negotiation and it will be reissued with checks of all other creditors. | 4210-004 | | ($1,712.00) | $37,970.13 |
| | | | SUBTOTALS | | $0.00 | ($9,935.85) | |

Page No: 3 Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-30226-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | BAIYSH TALAS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4151 | Checking Acct #: | ******2601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/22/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/27/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $95,000.00 | $57,029.87 | $37,970.13 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $95,000.00 | $57,029.87 | |
| | | | Less: Payments to debtors | | $0.00 | $25,000.00 | |
| | | | Net | | $95,000.00 | $32,029.87 | |

**For the period of 9/22/2016 to 3/27/2018**

| | |
|---|---|
| Total Compensable Receipts: | $95,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $95,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $32,029.87 |
| Total Non-Compensable Disbursements: | $25,000.00 |
| Total Comp/Non Comp Disbursements: | $57,029.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/10/2017 to 3/27/2018**

| | |
|---|---|
| Total Compensable Receipts: | $95,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $95,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $32,029.87 |
| Total Non-Compensable Disbursements: | $25,000.00 |
| Total Comp/Non Comp Disbursements: | $57,029.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-30226-DLT | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|
| Case Name: | BAIYSH TALAS | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4151 | | Checking Acct #: | ******7500 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 9/22/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/27/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 9/22/2016 to 3/27/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/04/2017 to 3/27/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5    Exhibit B

| Case No. | 16-30226-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | BAIYSH TALAS | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4151 | Checking Acct #: | ******7500 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 9/22/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/27/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $95,000.00 | $57,029.87 | $37,970.13 |

| For the period of 9/22/2016 to 3/27/2018 | | For the entire history of the case between 09/22/2016 to 3/27/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $95,000.00 | Total Compensable Receipts: | $95,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $95,000.00 | Total Comp/Non Comp Receipts: | $95,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $32,029.87 | Total Compensable Disbursements: | $32,029.87 |
| Total Non-Compensable Disbursements: | $25,000.00 | Total Non-Compensable Disbursements: | $25,000.00 |
| Total Comp/Non Comp Disbursements: | $57,029.87 | Total Comp/Non Comp Disbursements: | $57,029.87 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER

CLAIM ANALYSIS REPORT  Page No: 1  Exhibit C

| Case No.: | 16-30226-DLT | | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|---|
| Case Name: | BAIYSH TALAS | | | Date: | 3/27/2018 |
| Claims Bar Date: | 03/06/2017 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEBORAH K. EBNER P.O. Box 929 Glenview IL 60025 | 11/03/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $6,750.00 | $6,750.00 | $0.00 | $0.00 | $0.00 | $6,750.00 |
| TE | DEBORAH EBNER 11 East Adams Street Suite 904 Chicago IL 60603 | 12/12/2016 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $405.97 | $405.97 | $0.00 | $0.00 | $0.00 | $405.97 |
| | ILLINOIS DEPARTMENT OF HEALTHCARE & FS | 08/03/2017 | Certain State and Local Tax Liens § 724(b) | Allowed | 4800-070 | $217.00 | $217.00 | $217.00 | $217.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Authorized as valid lien per order of 8/3/17 | | | | | | | | | | | |
| | BAIYSH TALAS | 02/09/2018 | Exemptions | Allowed | 8100-002 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Debtor's claim of exemption in personal injury settlement | | | | | | | | | | | |
| | BAIYSH TALAS | 02/09/2018 | Exemptions | Allowed | 8100-002 | $0.00 | $10,000.00 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Debtor's claim of exemption in Worker Compensation settlement | | | | | | | | | | | |
| | NORTHWESTERN CENTER FOR ORTHOPEDICS 676 North St. Clair Suite 450 Chicago IL 60611 | 01/10/2018 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $488.00 | $488.00 | $488.00 | $0.00 | $0.00 | $0.00 | $488.00 |
| **Claim Notes:** | Per Order entered 8/3/17 | | | | | | | | | | | |
| | NORTHWESTERN MEDICAL FACULTY FOUNDATION, INC. c/o Danae Danae K. Prousis, Registered Agent 211 East Ontario St. #1800 Chicago IL 60611 | 01/10/2018 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $1,712.00 | $1,712.00 | $0.00 | $0.00 | $0.00 | $1,712.00 |
| **Claim Notes:** | Per Order entered 8/3/17; registered agent was advised of check void and will be reissued with all other creditors. | | | | | | | | | | | |

# CLAIM ANALYSIS REPORT

| Case No. | 16-30226-DLT | | | Trustee Name: | Deborah K. Ebner |
| Case Name: | BAIYSH TALAS | | | Date: | 3/27/2018 |
| Claims Bar Date: | 03/06/2017 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NORTHWESTERN MEMORIAL HOSPITAL<br><br>c/o Danae K. Prousis, Registered Agent<br>211 East Ontario<br>#1800<br>Chicago IL 60611 | 01/10/2018 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $10,152.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** check issued in error

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADMIN | WILLIAM J FACTOR<br><br>105 W Madison St<br>Suite 1500<br>Chicago IL 60602 | 01/23/2018 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $124.27 | $124.27 | $0.00 | $0.00 | $0.00 | $124.27 |
| ADMIN | WILLIAM J FACTOR<br><br>105 W Madison St<br>Suite 1500<br>Chicago IL 60602 | 01/23/2018 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $9,532.50 | $9,532.50 | $0.00 | $0.00 | $0.00 | $9,532.50 |
| | BRIAN T. MONICO & BURKE WISE MORRISEY & KAVENY<br>161 N Clark Street<br>Suite 3250<br>Chicago IL | 03/23/2018 | Special Counsel for Trustee Expenses | Allowed | 3220-610 | $0.00 | $5,224.56 | $5,224.56 | $0.00 | $0.00 | $0.00 | $5,224.56 |
| | BRIAN T. MONICO & BURKE WISE MORRISEY & KAVENY<br>161 North Clark Street<br>Suite 3250<br>Chicago IL 3330 | 01/10/2018 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $31,663.50 | $31,663.50 | $31,663.50 | $31,663.50 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Per Order entered 8/3/17

CLAIM ANALYSIS REPORT — Page No: 3 — Exhibit C

| Case No. | 16-30226-DLT | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|
| Case Name: | BAIYSH TALAS | | Date: | 3/27/2018 |
| Claims Bar Date: | 03/06/2017 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CAVALRY SPV I, LLC  500 Summit Lake Drive, Ste 400  Valhalla NY 10595 | 12/06/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,025.00 | $3,025.95 | $3,025.95 | $0.00 | $0.00 | $0.00 | $3,025.95 |
| 2 | CAVALRY SPV I, LLC  500 Summit Lake Drive, Ste 400  Valhalla NY 10595 | 12/06/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $826.00 | $826.14 | $826.14 | $0.00 | $0.00 | $0.00 | $826.14 |
| 3 | SALLIE MAE  P.O. Box 3319  Wilmington DE | 01/05/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $13,818.00 | $14,259.13 | $14,259.13 | $0.00 | $0.00 | $0.00 | $14,259.13 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEEOF CITIBANK, N.A. RESURGENT CAPITAL SERVICES  PO Box 19008  Greenville SC 29602 | 01/06/2017 | General Unsecured § 726(a)(2) | Amended | 7100-000 | $9,668.00 | $9,668.29 | $9,668.29 | $0.00 | $0.00 | $0.00 | $9,668.29 |
| 5 | TOYOTA MOTOR CREDIT CORPORATIONC/O BECKET AND LEE LLP  PO Box 3001  Malvern PA | 01/16/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $8,017.00 | $8,014.56 | $8,014.56 | $0.00 | $0.00 | $0.00 | $8,014.56 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FORT MOBILE/T-MOBILE USA INC  PO Box 248848  Oklahoma City OK | 02/09/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,903.00 | $1,455.52 | $1,455.52 | $0.00 | $0.00 | $0.00 | $1,455.52 |

CLAIM ANALYSIS REPORT

| Case No. | 16-30226-DLT | | | | | | Trustee Name: | Deborah K. Ebner | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BAIYSH TALAS | | | | | | Date: | 3/27/2018 | | | |
| Claims Bar Date: | 03/06/2017 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | U.S. DEPARTMENT OF EDUCATION C/O FEDLOAN SERVICING  P.O. Box 69184  Harrisburg PA | 03/03/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $20,891.00 | $20,575.83 | $20,575.83 | $0.00 | $0.00 | $0.00 | $20,575.83 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO SYNCHRONY BANK  POB 41067  Norfolk VA 23541 | 03/06/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,847.00 | $3,847.15 | $3,847.15 | $0.00 | $0.00 | $0.00 | $3,847.15 |
| 9 | U.S. DEPARTMENT OF EDUCATION  C/O FedLoan Servicing  P.O. Box 69184  Harrisburg PA 17106-9184 | 11/29/2017 | Tardy General Unsecured § 726(a)(3) | Withdrawn | 7200-000 | $0.00 | $20,575.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $173,519.05 | $142,790.37 | $56,880.50 | $0.00 | $0.00 | | $85,909.87 |

| Case No. | 16-30226-DLT | Trustee Name: | Deborah K. Ebner |
| --- | --- | --- | --- |
| Case Name: | BAIYSH TALAS | Date: | 3/27/2018 |
| Claims Bar Date: | 03/06/2017 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Attorney for Trustee Expenses (Trustee Firm) | $124.27 | $124.27 | $0.00 | $0.00 | $0.00 | $124.27 |
| Attorney for Trustee Fees (Trustee Firm) | $9,532.50 | $9,532.50 | $0.00 | $0.00 | $0.00 | $9,532.50 |
| Certain State and Local Tax Liens § 724(b) | $217.00 | $217.00 | $217.00 | $0.00 | $0.00 | $0.00 |
| Exemptions | $25,000.00 | $25,000.00 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $61,672.57 | $61,672.57 | $0.00 | $0.00 | $0.00 | $61,672.57 |
| Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | $12,352.85 | $2,200.00 | $0.00 | $0.00 | $0.00 | $2,200.00 |
| Special Counsel for Trustee Expenses | $5,224.56 | $5,224.56 | $0.00 | $0.00 | $0.00 | $5,224.56 |
| Special Counsel for Trustee Fees | $31,663.50 | $31,663.50 | $31,663.50 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured § 726(a)(3) | $20,575.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $6,750.00 | $6,750.00 | $0.00 | $0.00 | $0.00 | $6,750.00 |
| Trustee Expenses | $405.97 | $405.97 | $0.00 | $0.00 | $0.00 | $405.97 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       1:16-BK-30226-TLD
Case Name:     BAIYSH TALAS
Trustee Name:  Deborah K. Ebner

Balance on hand:       $37,970.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| | Northwestern Center for Orthopedics | $488.00 | $488.00 | $0.00 | $488.00 |
| | Northwestern Medical Faculty Foundation, Inc. | $1,712.00 | $1,712.00 | $0.00 | $1,712.00 |
| | Northwestern Memorial Hospital | $10,152.85 | $0.00 | $0.00 | $0.00 |
| | Illinois Department of Healthcare & FS | $217.00 | $217.00 | $217.00 | $0.00 |

Total to be paid to secured creditors:       $2,200.00
Remaining balance:       $35,770.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Deborah K. Ebner, Trustee Fees | $6,750.00 | $0.00 | $6,750.00 |
| Deborah Ebner, Trustee Expenses | $405.97 | $0.00 | $405.97 |
| WILLIAM J FACTOR, Attorney for Trustee Fees | $9,532.50 | $0.00 | $9,532.50 |
| WILLIAM J FACTOR, Attorney for Trustee Expenses | $124.27 | $0.00 | $124.27 |
| Other: Brian T. Monico & Burke Wise Morrisey & Kaveny, Special Counsel for Trustee Fees | $31,663.50 | $31,663.50 | $0.00 |
| Other: Brian T. Monico & Burke Wise Morrisey & Kaveny, Special Counsel for Trustee Expenses | $5,224.56 | $0.00 | $5,224.56 |

Total to be paid for chapter 7 administrative expenses:       $22,037.30

**UST Form 101-7-TFR (5/1/2011)**

Remaining balance: $13,732.83

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $13,732.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $13,732.83

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $61,672.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | $3,025.95 | $0.00 | $673.79 |
| 2 | Cavalry SPV I, LLC | $826.14 | $0.00 | $183.95 |
| 3 | Sallie Mae | $14,259.13 | $0.00 | $3,175.13 |
| 4 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | $9,668.29 | $0.00 | $2,152.87 |
| 5 | Toyota Motor Credit Corporationc/o Becket and Lee LLP | $8,014.56 | $0.00 | $1,784.63 |
| 6 | American InfoSource LP as agent forT Mobile/T-Mobile USA Inc | $1,455.52 | $0.00 | $324.11 |
| 7 | U.S. Department of Education C/O FedLoan Servicing | $20,575.83 | $0.00 | $4,581.69 |
| 8 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK | $3,847.15 | $0.00 | $856.66 |

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $13,732.83 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**