**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
|   BAIYSH TALAS, | ) | Case No. 16-30226 |
| Debtor. | ) | Honorable Deborah L. Thorne |

**CERTIFICATE OF SERVICE**

TO:    ALL ECF REGISTRANTS LISTED ON THE ATTACHED SERVICE LIST; and by FIRST CLASS MAIL TO ALL PARTIES LISTED ON THE ATTACHED SERVICE LIST

    I, Deborah K. Ebner, an attorney, state and certify that copies of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) and MOTION TO PAY ADMINISTRATIVE EXPENSES OF SPECIAL COUNSEL** set for hearing on May 10, 2018 at 10:00 A.M., before the Honorable Deborah L. Thorne, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 613 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, were mailed to the persons listed on the attached Service List, by depositing same in a U.S. Post Office Box this 10th day of April 2018.

Deborah K. Ebner (#6181615)
Law Office of Deborah Kanner Ebner
P.O. Box 929
Glenview IL 60025
(312) 922-3838

                                      /s/Deborah K. Ebner

**SERVICE LIST**

Service by ECF through the Clerk of the Court:

Joseph R Doyle joe@bizardoylelaw.com, jim@bizardoylelaw.com; nicole@bizardoylelaw.com; craig@bizardoylelaw.com

Ariane Holtschlag aholtschlag@wfactorlaw.com; bharlow@wfactorlaw.com; gsullivan@ecf.inforuptcy.com

Deborah Kanner Ebner dkebner@debnertrustee.com; IL53@ecfcbis.com; webmaster@debnertrustee.com; DKEbner@debnertrustee.com; admin.assistant@debnertrustee.com

Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

Sara E Lorber slorber@wfactorlaw.com; slorber@ecf.inforuptcy.com; nbouchard@wfactorlaw.com; bharlow@wfactorlaw.com

Service by First Class Mail:

Baiysh Talas
2600 Golf Rd.
Glenview, IL 60025

Brian T. Monico
BWMK
161 N. Clark St., Ste. 3250
Chicago, IL 60601

Ms. Josephine Cullotta, Esq.
Cullotta Law Offices PC
2624 Patriot Boulevard
Glenview, IL 60026

ACL Laboratories
3000 N Halsted St
Chicago, IL 60657

Advocate Healthcare
11638 S. Western Ave.
Chicago, IL 60643

American Coradius International
2420 Sweet Home Rd.
Suite 150
Buffalo, NY 14228

American InfoSource LP as agent for T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Bby/cbna
Po Box 6497
Sioux Falls, SD 57117

Bk Of Amer
Po Box 982238
El Paso, TX 79998

Cach, LLC
4500 Cherry Creek Drive South
Suite 700
Denver, CO 80246

Capital Management Services
726 Exchange St.
Suite 700
Buffalo, NY 14210

Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Citi
Po Box 6241
Sioux Falls, SD 57117

Elnura Talas
2600 Golf Rd
Suite 800
Glenview, IL 60025

Fed Loan Serv
Pob 60610
Harrisburg, PA 17106

Honda Financial Services
PO Box 60001
City of Industry, CA 91716

John Bonewicz
8001 N Lincoln Ave.
Suite 402
Skokie, IL 60077

Mandarich Law Group LLP
1 N Dearborn
Suite 650
Chicago, IL 60602

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108

Morton Grove Medical Imaging
6910 S Madison St.
Willowbrook, IL 60527

Northwestern Center for
Orthopedics
680 N Lakeshore Dr.
Suite 830
Chicago, IL 60611

Portfolio Recovery Ass
287 Independence
Virginia Beach, VA 23462

Portfolio Recovery Assoc, LLC
Successor to Synchrony Bank
POB 41067
Norfolk, VA 23541

PYOD, LLC its successors and
assigns as assignee
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

RIC Medical Services
345 E Superior St
Chicago, IL 60611

Sallie Mae
P.O. Box 3319
Wilmington, DE 19804-4319

Sallie Mae
300 Continental Dr
Newark, DE 19713

Southwest Credit Syste
4120 International Parkway
Carrollton, TX 75007

Synchrony Bank
c/o Recovery Management
Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Talisman Apartments
2580 Golf Rd
Glenview, IL 60025

Toyota Motor Credit
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408

Toyota Motor Credit
Corporation
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

U.S. Department of Education
C/O Fed Loan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

UIC
135 S. LaSalle St.
Box 3293
Chicago, IL 60674