UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Baiysh Talas,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 16-30226<br><br>Chapter: 7<br>Honorable Deborah L. Thorne |

## ORDER GRANTING FINAL FEE APPLICATION
## OF THE LAW OFFICES OF WILLIAM J. FACTOR, LTD.

This matter coming to be heard on the First and Final Fee Application (the "Application") of Sara E. Lorber and the Law Office of William J. Factor, Ltd. (collectively "FactorLaw") for Compensation and Reimbursement of Expenses, as counsel to Deborah K. Ebner, not individually but as the chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Baiysh Talas; and the Court finding that (a) the Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, (b) the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) due and sufficient notice of the Application has been provided and that no other or further notice is required; and the Court having reviewed the Application and being otherwise advised in the premises; IT IS HEREBY ORDERED THAT:

1. FactorLaw is hereby awarded and allowed fees in the amount of $13,462.50 for services rendered to the Trustee during the period of December 5, 2016 – July 17, 2018, which compensation shall be allowed costs of administration under 11 U.S.C. § 503(a)(2).

2. FactorLaw is hereby awarded and allowed reimbursement of actual, necessary expenses in the amount of $137.48 which shall be allowed costs of administration under 11 U.S.C. § 503(a)(2).

3. The Trustee is authorized to pay FactorLaw the total amount of $13,559.98.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: July 26, 2018

**Prepared by:**

William J. Factor (6205675)
Sara E. Lorber (6229740)
Julia D. Loper (6313367)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: jloper@wfactorlaw.com