**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:16-BK-30226-TLD |
| | § | |
| BAIYSH TALAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah K. Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $30,350.00 |
| Total Distributions to Claimants: | $13,662.23 | Claims Discharged Without Payment: | $25,051.31 |
| Total Expenses of Administration: | $56,337.77 | | |

3) Total gross receipts of $95,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $25,000.00 (see **Exhibit 2),** yielded net receipts of $70,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $22,028.78 | $11,875.93 | $11,875.93 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $49,840.01 | $49,840.01 | $56,337.77 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $82,248.40 | $26,837.61 | $1,786.30 |
| **Total Disbursements** | $0.00 | $154,117.19 | $88,553.55 | $70,000.00 |

4). This case was originally filed under chapter 7 on 09/22/2016. The case was pending for 30 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>03/08/2019</u>     By:  <u>/s/ Deborah K. Ebner</u>
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Debtor v. Flatley, et al. Personal Injury Case Attorney: Burke, Wise, Morrissey 161 N Clark St., Suite 3250 Chicago, IL | 1129-000 | $85,000.00 |
| Debtor v. Flashcab Insurance Workers Compensation Attorney: Strom & Associates Attn: Joseph Malfi 180 N LaSalle St #2510 | 1142-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$95,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Baiysh Talas | Exemptions | 8100-002 | $25,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$25,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Illinois Department of Healthcare & FS | 4800-070 | $0.00 | $217.00 | $217.00 | $217.00 |
| ADMIN | Josephine Cullotta, Esq. | 4220-000 | $0.00 | $9,458.93 | $9,458.93 | $9,458.93 |
|  | Northwestern Center for Orthopedics | 4210-000 | $0.00 | $488.00 | $488.00 | $488.00 |
|  | Northwestern Medical Faculty Foundation, Inc. | 4210-000 | $0.00 | $1,712.00 | $1,712.00 | $1,712.00 |
|  | Northwestern Memorial Hospital | 4210-000 | $0.00 | $10,152.85 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$22,028.78** | **$11,875.93** | **$11,875.93** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner, Trustee | 2100-000 | NA | $252.24 | $252.24 | $6,750.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| Deborah Ebner, Trustee | 2200-000 | NA | $405.97 | $405.97 | $405.97 |
| Green Bank | 2600-000 | NA | $149.37 | $149.37 | $149.37 |
| WILLIAM J FACTOR, Attorney for Trustee | 3110-000 | NA | $13,462.50 | $13,462.50 | $13,462.50 |
| WILLIAM J FACTOR, Attorney for Trustee | 3120-000 | NA | $137.48 | $137.48 | $137.48 |
| Brian T. Monico & Burke Wise Morrisey & Kaveny, Special Counsel for Trustee | 3210-600 | NA | $31,663.50 | $31,663.50 | $31,663.50 |
| Brian T. Monico & Burke Wise Morrisey & Kaveny, Special Counsel for Trustee | 3220-610 | NA | $3,768.95 | $3,768.95 | $3,768.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $49,840.01 | $49,840.01 | $56,337.77 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | $0.00 | $3,025.95 | $3,025.95 | $201.40 |
| 2 | Cavalry SPV I, LLC | 7100-000 | $0.00 | $826.14 | $826.14 | $54.99 |
| 3 | Sallie Mae | 7100-000 | $0.00 | $14,259.13 | $0.00 | $0.00 |
| 4 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | 7100-000 | $0.00 | $9,668.29 | $9,668.29 | $643.52 |
| 5 | Toyota Motor Credit Corporationc/o Becket and Lee LLP | 7100-000 | $0.00 | $8,014.56 | $8,014.56 | $533.45 |
| 6 | American InfoSource LP as agent forT Mobile/T-Mobile | 7100-000 | $0.00 | $1,455.52 | $1,455.52 | $96.88 |

**UST Form 101-7-TDR (10/1/2010)**

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | USA Inc |   |   |   |   |   |
| 7 | U.S. Department of Education C/O FedLoan Servicing | 7100-000 | $0.00 | $20,575.83 | $0.00 | $0.00 |
| 8 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK | 7100-000 | $0.00 | $3,847.15 | $3,847.15 | $256.06 |
| 9 | U.S. Department of Education | 7200-000 | $0.00 | $20,575.83 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |   |   | $0.00 | $82,248.40 | $26,837.61 | $1,786.30 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1  
Page No: 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
Exhibit 8  
**ASSET CASES**

| Case No.: | 16-30226-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | BAIYSH TALAS | Date Filed (f) or Converted (c): | 09/22/2016 (f) |
| For the Period Ending: | 3/8/2019 | §341(a) Meeting Date: | 10/20/2016 |
| | | Claims Bar Date: | 03/06/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Miscellaneous used household goods | $1,250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 2  Miscellaneous electronics | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 3  Miscellaneous books, tapes, CD's, etc. | $125.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 4  Personal used clothing | $525.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 5  Miscellaneous costume jewelry | $25.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 6  Cash | $125.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 7  Deposits of money: Checking account with Chase | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 8  401 (k): 401 (k) through employer -100% exempt | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 9  Rental deposit: Talisman Apartments | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 10  Expected Tax Refund: Federal | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 11  Debtor v. Flatley, et al. Personal Injury Case Attorney: Burke, Wise, Morrissey 161 N Clark St., Suite 3250 Chicago, IL 60601 P: 312-580-2040 | $0.00 | $70,000.00 | | $85,000.00 | FA |
| 12  Debtor v. Flashcab Insurance Workers Compensation Attorney: Strom & Associates Attn: Joseph Malfi 180 N LaSalle St #2510, Chicago, IL 60601 P: (312) 609-0400 | $0.00 | $0.00 | | $10,000.00 | FA |
| **Asset Notes:** Debtor amended schedules after settlement of litigation. He claimed 100% of proceeds exempt per Worker's Compensation Statute. | | | | | |

| TOTALS (Excluding unknown value) | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $5,350.00 | $70,000.00 | | $95,000.00 | $0.00 |

**Major Activities affecting case closing:**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

Exhibit 8

| Case No.: | 16-30226-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | BAIYSH TALAS | Date Filed (f) or Converted (c): | 09/22/2016 (f) |
| For the Period Ending: | 3/8/2019 | §341(a) Meeting Date: | 10/20/2016 |
| | | Claims Bar Date: | 03/06/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

12/18/2018   Requested US Dept of Education to withdraw their claim #7 since they have been paid in full. Spoke with Christine at Madison UST and advised her that we must now wait till USDOE withdraws it's claim. In further conversation , she suggested that I call Northwestern again before I issue the second distribution and ask if they will cash it or if I should just send to clerk of court.

I will submit new Supplemental when USDOE withdraws claim.

6/1/2017 --- My attorneys have received settlement proposal and are working on settlement motion that includes lien releases for presentation in BK. Court.
01/03/2017  --- Special Counsel retained. for State Court suit.
10/20/16 W/C & PI suit; PI suit atty Burke Wise Morrissey

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2019 |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2019 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-30226-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | BAIYSH TALAS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4151 | Checking Acct #: | ******2601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/22/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/8/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/10/2017 | (12) | State Farm Mutual Automobile Insurance | Settlement of Estate's claims against Caitlin & Patrick Colleran & Flashcab (See docket #30) EOD 8/3/17 : WC debtor claimed exempt on 9/27/17 | 1142-000 | $10,000.00 | | $10,000.00 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $9.36 | $9,990.64 |
| 12/01/2017 | (11) | State Farm Mutual Insurance | Settlement of Estate's claims against Christine Flatly per Order EOD 8/3/17 | 1129-000 | $85,000.00 | | $94,990.64 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $140.01 | $94,850.63 |
| 01/10/2018 | 3001 | Brian T. Monico & Burke Wise Morrisey & Kaveny | Payment of award of final compensation to special counsel per order dated August 3, 2017 and eod 8/3/17 docket # 30 | 3210-600 | | $31,663.50 | $63,187.13 |
| 01/10/2018 | 3002 | Northwestern Center for Orthopedics | Per Order entered 8/3/17 | 4210-000 | | $488.00 | $62,699.13 |
| 01/10/2018 | 3003 | Northwestern Medical Faculty Foundation, Inc. | Per Order dated 8/3/17 | 4210-000 | | $1,712.00 | $60,987.13 |
| 01/10/2018 | 3004 | Northwestern Memorial Hospital | Per Order dated 8/3/17 | 4210-000 | | $10,152.85 | $50,834.28 |
| 02/09/2018 | 3005 | Baiysh Talas | personal injury exemption | 8100-002 | | $15,000.00 | $35,834.28 |
| 02/09/2018 | 3006 | Baiysh Talas | W/C exemption | 8100-002 | | $10,000.00 | $25,834.28 |
| 02/22/2018 | 3002 | STOP PAYMENT: Northwestern Center for Orthopedics | Per Order entered 8/3/17. | 4210-004 | | ($488.00) | $26,322.28 |
| 02/22/2018 | 3003 | STOP PAYMENT: Northwestern Medical Faculty Foundation, Inc. | Per Order dated 8/3/17 | 4210-004 | | ($1,712.00) | $28,034.28 |
| 02/22/2018 | 3004 | STOP PAYMENT: Northwestern Memorial Hospital | Per Order dated 8/3/17 | 4210-004 | | ($10,152.85) | $38,187.13 |
| 02/22/2018 | 3007 | Northwestern Center for Orthopedics | Per Order entered 8/3/17. | 4210-000 | | $488.00 | $37,699.13 |
| 02/22/2018 | 3007 | STOP PAYMENT: Northwestern Center for Orthopedics | Stop Payment for Check# 3007 | 4210-004 | | ($488.00) | $38,187.13 |
| 02/22/2018 | 3008 | Northwestern Medical Faculty Foundation, Inc. | Per Order dated 8/3/17 | 4210-000 | | $1,712.00 | $36,475.13 |
| 02/22/2018 | 3008 | STOP PAYMENT: Northwestern Medical Faculty Foundation, Inc. | Stop Payment for Check# 3008 | 4210-004 | | ($1,712.00) | $38,187.13 |
| 02/22/2018 | 3009 | Northwestern Memorial Hospital | Issued in error - claim denied . | 4210-003 | | $10,152.85 | $28,034.28 |
| | | | **SUBTOTALS** | | $95,000.00 | $66,965.72 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-30226-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | BAIYSH TALAS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4151 | Checking Acct #: | ******2601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/22/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/8/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2018 | 3009 | STOP PAYMENT: Northwestern Memorial Hospital | Stop Payment for Check# 3009 | 4210-004 | | ($10,152.85) | $38,187.13 |
| 02/22/2018 | 3010 | Northwestern Center for Orthopedics | per 8/3/17 order | 4210-000 | | $488.00 | $37,699.13 |
| 02/22/2018 | 3011 | Northwestern Medical Faculty Foundation, Inc. | Per 8/3/17 order | 4210-000 | | $1,712.00 | $35,987.13 |
| 02/22/2018 | 3012 | Northwestern Memorial Hospital | Issued in error | 4210-003 | | $10,152.85 | $25,834.28 |
| 02/23/2018 | 3012 | VOID: Northwestern Memorial Hospital | check was stopped : claim was denied : check issued in error | 4210-003 | | ($10,152.85) | $35,987.13 |
| 02/23/2018 | 3013 | Illinois Department of Healthcare and Family Services | Per Court Order of August 3, 2017 | 4800-070 | | $217.00 | $35,770.13 |
| 03/22/2018 | 3010 | VOID: Northwestern Center for Orthopedics | Federal Express returned the envelope containing the check could not get delivery. | 4210-003 | | ($488.00) | $36,258.13 |
| 03/22/2018 | 3011 | STOP PAYMENT: Northwestern Medical Faculty Foundation, Inc. | Per 8/3/17 order. Message left that check is being stopped due to delay in negotiation and it will be reissued with checks of all other creditors. | 4210-004 | | ($1,712.00) | $37,970.13 |
| 08/23/2018 | 3014 | Northwestern Center for Orthopedics | address change - see docket | 4210-000 | | $488.00 | $37,482.13 |
| 08/23/2018 | 3015 | Northwestern Medical Faculty Foundation, Inc. | | 4210-000 | | $1,712.00 | $35,770.13 |
| 08/23/2018 | 3016 | Josephine Cullotta, Esq. | Per Order | 4220-000 | | $9,458.93 | $26,311.20 |
| 08/23/2018 | 3017 | Brian T. Monico & Burke Wise Morrisey & Kaveny | Per Order | 3220-610 | | $3,768.95 | $22,542.25 |
| 08/23/2018 | 3018 | Deborah K. Ebner | | 2100-000 | | $6,750.00 | $15,792.25 |
| 08/23/2018 | 3019 | WILLIAM J FACTOR | Per Order | 3120-000 | | $137.48 | $15,654.77 |
| 08/23/2018 | 3020 | WILLIAM J FACTOR | Per Order | 3110-000 | | $13,462.50 | $2,192.27 |
| 08/23/2018 | 3021 | Deborah Ebner | Expenses per order | 2200-000 | | $405.97 | $1,786.30 |
| 08/23/2018 | 3022 | Cavalry SPV I, LLC | See Supplemental final report | 7100-000 | | $87.64 | $1,698.66 |
| 08/23/2018 | 3023 | Cavalry SPV I, LLC | See Supplemental Final Report | 7100-000 | | $23.93 | $1,674.73 |
| 08/23/2018 | 3024 | Sallie Mae | See Supplemental Final Report | 7100-000 | | $413.01 | $1,261.72 |

| | | | | **SUBTOTALS** | $0.00 | $26,772.56 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3    Exhibit 9

| Case No. | 16-30226-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | BAIYSH TALAS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4151 | Checking Acct #: | ******2601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/22/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/8/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/23/2018 | 3025 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital | See Supplemental Final Report | 7100-000 | | $280.03 | $981.69 |
| 08/23/2018 | 3026 | Toyota Motor Credit Corporationc/o Becket and Lee LLP | See Supplemental Final Report | 7100-000 | | $232.14 | $749.55 |
| 08/23/2018 | 3027 | American InfoSource LP as agent forT Mobile/T-Mobile USA Inc | See Supplemental Final Report | 7100-000 | | $42.16 | $707.39 |
| 08/23/2018 | 3028 | U.S. Department of Education | See Supplemental Final Report | 7100-000 | | $595.96 | $111.43 |
| 08/23/2018 | 3029 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK | See Supplemental Final Report | 7100-000 | | $111.43 | $0.00 |
| 09/14/2018 | 3024 | VOID: Sallie Mae | Creditor returned check and stated that "Customer's account has a zero balance". | 7100-003 | | ($413.01) | $413.01 |
| 10/22/2018 | | U.S. Department of Education | Fed Student Loan Refund | 7100-000 | | ($595.96) | $1,008.97 |
| 12/17/2018 | 3015 | STOP PAYMENT: Northwestern Medical Faculty Foundation, Inc. | PER RELEASE --- DEBTOR WAS FKA BAIYSH SABYRBEKOV | 4210-004 | | ($1,712.00) | $2,720.97 |
| 12/17/2018 | 3017 | STOP PAYMENT: Brian T. Monico & Burke Wise Morrisey & Kaveny | Per Order | 3220-614 | | ($3,768.95) | $6,489.92 |
| 02/01/2019 | 3030 | Northwestern Medical Faculty Foundation, Inc. | Final distribution | 4210-000 | | $1,712.00 | $4,777.92 |
| 02/01/2019 | 3031 | Brian T. Monico & Burke Wise Morrisey & Kaveny | final distribution | 3220-610 | | $3,768.95 | $1,008.97 |
| 02/01/2019 | 3032 | Cavalry SPV I, LLC | final distribution | 7100-000 | | $113.76 | $895.21 |
| 02/01/2019 | 3033 | Cavalry SPV I, LLC | final distribution | 7100-000 | | $31.06 | $864.15 |
| 02/01/2019 | 3034 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital | final distribution | 7100-000 | | $363.49 | $500.66 |
| 02/01/2019 | 3035 | Toyota Motor Credit Corporationc/o Becket and Lee LLP | final distribution | 7100-000 | | $301.31 | $199.35 |
| 02/01/2019 | 3036 | American InfoSource LP as agent forT Mobile/T-Mobile USA Inc | | 7100-000 | | $54.72 | $144.63 |
| 02/01/2019 | 3037 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK | final distribution | 7100-000 | | $144.63 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $1,261.72 | |

FORM 2 Page No: 4 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 16-30226-DLT | | **Trustee Name:** | Deborah K. Ebner |
| **Case Name:** | BAIYSH TALAS | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***4151 | | **Checking Acct #:** | ******2601 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 9/22/2016 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/8/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $95,000.00 | $95,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $95,000.00 | $95,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $25,000.00 | |
| | | | **Net** | | $95,000.00 | $70,000.00 | |

| For the period of 9/22/2016 to 3/8/2019 | | For the entire history of the account between 11/10/2017 to 3/8/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $95,000.00 | Total Compensable Receipts: | $95,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $95,000.00 | Total Comp/Non Comp Receipts: | $95,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $70,000.00 | Total Compensable Disbursements: | $70,000.00 |
| Total Non-Compensable Disbursements: | $25,000.00 | Total Non-Compensable Disbursements: | $25,000.00 |
| Total Comp/Non Comp Disbursements: | $95,000.00 | Total Comp/Non Comp Disbursements: | $95,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 5 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-30226-DLT | Trustee Name: | Deborah K. Ebner |
| --- | --- | --- | --- |
| Case Name: | BAIYSH TALAS | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4151 | Checking Acct #: | ******7500 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 9/22/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/8/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 9/22/2016 to 3/8/2019**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/04/2017 to 3/8/2019**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6                Exhibit 9

| Case No. | 16-30226-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | BAIYSH TALAS | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4151 | Checking Acct #: | ******7500 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 9/22/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/8/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $95,000.00 | $95,000.00 | $0.00 |

**For the period of 9/22/2016 to 3/8/2019**

| | |
|---|---|
| Total Compensable Receipts: | $95,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $95,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $70,000.00 |
| Total Non-Compensable Disbursements: | $25,000.00 |
| Total Comp/Non Comp Disbursements: | $95,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/22/2016 to 3/8/2019**

| | |
|---|---|
| Total Compensable Receipts: | $95,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $95,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $70,000.00 |
| Total Non-Compensable Disbursements: | $25,000.00 |
| Total Comp/Non Comp Disbursements: | $95,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER